IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRIE BARNES,<br><br>Plaintiff,<br><br>vs.<br><br>GPSI/KINAOLE FOUNDATION,<br><br>Defendants. | CV 23-00421 SASP-KJM |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 23, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Defendants Galaide Professional Services Incorporated (GPSI) and Kīnāʻole Foundation's Motion for Attorneys' Fees and Non-Taxable Costs", ECF No. 122, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, October 24, 2025.



Shanlyn A.S. Park
United States District Judge